**Opinion filed January 7, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00008-CR
_____

## EUSABIO JOSE PEREZ, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 104th District Court
### Taylor County, Texas
### Trial Court Cause No. 21822B

---

### M E M O R A N D U M   O P I N I O N

Appellant, Eusabio Jose Perez, Jr., waived his right to a trial by a jury and entered an open plea of guilty to the offense of murder. After a contested hearing, the trial court found Appellant guilty of the charged offense and assessed punishment of seventy-five years' imprisonment. We affirm.

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that he has concluded that he is

unable to raise any arguable issues. Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of both the reporter's record and the clerk's record. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his right to file a pro se petition for discretionary review in order to seek review by the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is without merit. Based upon our review of the record, we agree with counsel that no arguable grounds for appeal exist.[1]

We grant counsel's motion to withdraw and affirm the judgment of the trial court.

PER CURIAM

January 7, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.